UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                RE:    JAIME TREVINO
                      Docket Number: 03CR05391-01 OWW
                      **PERMISSION TO TRAVEL**
                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Colima, Mexico. He has been on supervision since August 2002, is current with all supervision obligations and there are no violations to report. He has maintained residential and employment stability, and therefore this probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 27, 2000, Mr. Trevino was sentenced for the offense of Conspiracy to Distribute in Excess of 1,000 Kilograms of a Mixture Containing a Detectable Amount of Marijuana.

**Sentence imposed:** 46 months BOP; 60 months TSR; $100 SA

**Dates and Mode of Travel:** December 20, 2005 through January 4, 2006; travel via air flight

**Purpose:** To visit his family during the holiday season.

                      Respectfully Submitted,

                      /s/ Hubert J. Alvarez

                      **HUBERT J. ALVAREZ**
                      **Senior United States Probation Officer**

**DATED:**    December 1, 2005
               Fresno, California
               HJA

**REVIEWED BY:**    /s/ Bruce Vasquez
                         **BRUCE A. VASQUEZ**
                         **Supervising United States Probation Officer**

**RE:   JAIME TREVINO**
       **Docket Number:  03CR05391-01 OWW**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

---

**ORDER OF THE COURT:**

**Approved** _____X_____          **Disapproved** _____

December 1, 2005                    /s/ OLIVER W. WANGER
_____             _____
**Date**                            **OLIVER W. WANGER**
                                    **United States District Judge**